### (April 18, 1967)

■ MEMORIAL HOSPITAL, Appellant, v. GEORGIANNA MARRION, Respondent. — Motion for a stay denied, without costs. (See CPLR 5519, subd. [a], par. 2.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.

■ In the Matter of ROSE GARDEN RESTAURANT CORP., Petitioner, v. DONALD S. HOSTETTER et al., Constituting the New York State Liquor Authority, Respondents.— The order dated January 17, 1967, having been granted upon consent, respondents' motion to vacate the stay therein contained is dismissed, without costs. Respondents' remedy is by motion addressed to the Judge who signed the order. (CPLR 2221.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.